*Re:*

*Funcionamiento del*            Sobre:
*Tribunal*                   Integración de Salas

## ORDEN

San Juan, Puerto Rico, a 3 de enero de 1967

De conformidad con lo dispuesto en la Regla 3 (a) de nuestro Reglamento relativa al funcionamiento del Tribunal en Salas y a la composición de las mismas, se designa a los Jueces Asociados Señores Luis Blanco Lugo, Marco A. Rigau y Mariano H. Ramírez Bages para que junto al Juez Asociado Señor Pedro Pérez Pimentel en su carácter de Presidente de Sala, integren la Sala Primera del Tribunal; y se designa igualmente a los Jueces Asociados Señores Rafael Hernández Matos, Carlos Santana Becerra y Carlos V. Dávila, para que junto al Juez Asociado Señor Emilio S. Belaval en su carácter de Presidente de Sala, integren la Sala Segunda del Tribunal.

Estas designaciones serán efectivas a partir de esta fecha y por el resto del presente término de sesiones que expirará el 30 de junio de 1967.

Lo decretó y firma

                 (Fdo.) Luis Negrón Fernández
                           *Juez Presidente*

Certifico:

     (Fdo.) Joaquín Berríos
         *Secretario*